# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS KASTIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLOVIS POLICE DEPARTMENT,<br><br>　　　　Defendant. | Case No. 1:18-cv-01378-DAD-BAM<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CONSOLIDATED WITH <u>KASTIS V. ALVARADO</u>, CASE NO. 1:18-CV-01325-DAD-BAM AND <u>KASTIS V. DISTRICT ATTORNEY'S OFFICE FRESNO COUNTY</u>, CASE NO. 18-CV-01430-DAD-BAM<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff Dimitrios Kastis ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The above-captioned case is related under this Court's Local Rule 123(a) to the following actions: (1) <u>Kastis v. Alvarado</u>, 1:18-cv-01325-DAD-BAM; and (2) <u>Kastis v. District Attorney's Office Fresno County</u>, 1:18-cv-01430-DAD-BAM. The matters have been assigned to the same district judge and magistrate judge to promote efficiency and economy for the Court and parties. Further review of the complaints in these related cases suggests that they be consolidated pursuant to Federal Rule of Civil Procedure 42.

　　　　Rule 42(a) permits the Court to consolidate actions involving a common question of law or fact, and consolidation is proper when it serves the purposes of judicial economy and convenience. "The district court has broad discretion under this rule to consolidate cases pending in the same district." <u>Investors Research Co. v. U.S. Dist. Ct. for the Cent. Dist. of Cal.</u>, 877 F.2d 777 (9th Cir.

1

1989). In determining whether to consolidate actions, the Court weighs the interest of judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation. Sw. Marine, Inc. v. Triple A. Mach. Shop, Inc., 720 F. Supp. 805, 807 (N.D. Cal. 1989).

The Court has reviewed the complaint in this case, as well as the complaints in Kastis v. Alvarado, 1:18-cv-01325-DAD-BAM, filed on September 26, 2018, and Kastis v. District Attorney's Office Fresno County, 1:18-cv-01430-DAD-BAM, filed on October 16, 2018. All three of the complaints appear to be based, at least in part, on the same factual allegations, including Clovis Police Detective Alvarado allegedly authoring a false police report and a false search warrant affidavit in July 2007, and providing purportedly false testimony during a preliminary hearing in August 2008. All three complaints assert that Plaintiff remained in pre-trial incarceration at the Fresno County Jail for 10 years while a criminal case was pursued against him and that he was deprived of his rights under the Fourth, Eighth and Fourteenth Amendments to the United States Constitution. Thus, in the interests of judicial economy and convenience, it appears that the above-captioned case should be consolidated with Kastis v. Alvarado, 1:18-cv-01325-DAD-BAM and Kastis v. District Attorney's Office Fresno County, 1:18-cv-01430-DAD-BAM pursuant to Federal Rule of Civil Procedure 42(a)(2).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall file a written response showing cause why this action should not be consolidated with the following actions:

    Kastis v. Alvarado, 1:18-cv-01325-DAD-BAM,

    Kastis v. District Attorney's Office Fresno County, 1:18-cv-01430-DAD-BAM.

2. The Clerk of the Court is directed to docket a copy of this order in Kastis v. Alvarado, 1:18-cv-01325-DAD-BAM, and Kastis v. District Attorney's Office Fresno County, 1:18-cv-01430-DAD-BAM; and

///
///
///

2

3. Plaintiff is advised that his failure to comply with this order will result in the imposition of sanctions, which may include a recommendation for terminating sanctions.

IT IS SO ORDERED.

Dated: **November 1, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE